# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANY ROJAS-VEGA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 18cv2114-LAB (MDD)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY [Dkt. 11]** |

Prior to this Court dismissing Plaintiff Dany Rojas-Vega's case with prejudice, Rojas filed a motion for leave to file documents electronically. While the dismissal would ordinarily moot his motion as to proceedings in this Court, Rojas lives in Costa Rica and is concerned that filing his notice of appeal by mail might result in a delay that would, in turn, prejudice his rights on appeal. For that reason, the Court **GRANTS** his motion to file documents electronically. Dkt. 11. Rojas shall register as a user with the Clerk's Office and as a subscriber per U.S. District Court for the Southern District of California Electronic Case Filing Administrative Policies and Procedures Manual Section 2(b). The case is otherwise to remain closed.

**IT IS SO ORDERED.**

Dated: November 2, 2018

　　　　　　　　　　　　　　　　　　　／s／ Larry A. Burns
　　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -