# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANY ROJAS-VEGA,<br>　　　　　　　Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA, et al.,<br>　　　　　　　Defendants. | CASE NO. 18cv2114-LAB (MDD)<br><br>**ORDER ON REFERRAL [Dkt. 16]** |

Plaintiff-Appellant Dany Rojas-Vega, proceeding pro se and in forma pauperis, has appealed this Court's dismissal of his claims. The Ninth Circuit has asked whether his "in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." Dkt. 16; *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of in forma pauperis status is appropriate where district court finds the appeal to be frivolous).

As noted in this Court's dismissal, this is at least the ninth case Rojas has filed in the Southern District of California challenging some aspect of either his deportation or the underlying conviction. Dkt. 8 at 1, n. 1. He has appealed to the Ninth Circuit in at least five of those cases, with no apparent success.[1] Rojas has also filed at least two cases in

---

[1] *See* 9th Cir. Case Nos. 2004-73878; 2005-56585; 2007-56851; 2009-55314; 2011-56127.

the District Court for the District of Columbia,[2] four appeals with the Court of Appeals for the D.C. Circuit,[3] and has one case currently pending in the Court of Federal Claims.[4] His pending suit in the Court of Federal Claims appears to be functionally identical to the one he is currently appealing, although he never informed the Court of the parallel proceedings. For the reasons laid out in this Court's Order of Dismissal, Rojas' claims lack merit. When combined with the sheer volume of court filings and his lack of historic success on the merits, this leads this Court to conclude that his appeal is frivolous. Rojas' in forma pauperis status on appeal is **REVOKED**.

**IT IS SO ORDERED.**

Dated: November 14, 2018

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

---

[2] *See* D.D.C. Case Nos. 2013cv1540; 2016cv2291.

[3] *See* D.C. Cir. Case Nos. 2014cv5308; 2015cv5292; 2017cv5199; 2018cv5082.

[4] *See* Ct. Fed. Cl. Case No. 2018cv1520.